```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 14-21352-CV-COHN
                                 (13-20921-CR-COHN)
                         MAGISTRATE JUDGE P.A. WHITE
```

IRA KEMOY GRANT,                  :

    Movant,                   :

v.                                :     REPORT RE §2255 WITH
                                                      PENDING APPEAL

UNITED STATES OF AMERICA,         :

    Respondent.               :
_____

    Ira Kemoy Grant has filed a <u>pro se</u> motion to vacate pursuant to 28 U.S.C. §2255 attacking the conviction and/or sentence imposed in Case No. 13-20921-CR-COHN.

    Review of the docket of the criminal case reveals that the movant filed a notice of appeal on April 14, 2014. The notice of appeal divested this Court of jurisdiction to entertain a collateral attack upon the validity of the conviction and sentence. <u>Blair v. United States</u>, 527 Fed. Appx. 838 (11 Cir. 2013); <u>United States v. Casaran-Rivas</u>, 311 Fed. Appx. 269, 272. <u>United States v. Tovar-Rico</u>, 61 F.3d 1529, 1532 (11 Cir. 1995), <u>United States v. Wilson</u>, 894 F.2d 1245, 1252 (11 Cir. 1990).  The motion should be dismissed, without prejudice to refile if it concerns a matter appropriate to be raised after the appeal.  <u>United States v. Khoury</u>, 901 F.2d 948, 969 n.20 (11 Cir. 1990); <u>Shewchun v. United States</u>, 797 F.2d 941 (11 cir. 1986).

It is therefore recommended that this motion be dismissed, without prejudice as to any issue not cognizable on appeal and the case be closed.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

DONE AND ORDERED at Miami, Florida, this 5th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Ira Kemoy Grant
    Reg. No. 02023-104
    Miami FDC
    Federal Detention Center
    Inmate Mail/Parcels
    Post Office Box 019120
    Miami, FL 33101

    United States Attorney's Office
    99 NE 4th Street
    Miami, FL 33132